KAREN L. LOEFFLER
United States Attorney

JOHN A. FONSTAD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
John.Fonstad@usdoj.gov
AK Bar No. 1401005

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CLARA JONES, on behalf and as the Personal Representative of the ESTATE OF TY BROWN, Deceased<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 3:16-cv-00022-SLG<br><br>**JOINT STIPULATION FOR DISMISSAL** |

The parties, through counsel, stipulate to dismiss the above matter with prejudice, with each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED this 20th day of December, 2016, in Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/ John A. Fonstad
        Assistant U.S. Attorney
        Attorney for Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on December 20, 2016,
a copy of the foregoing
was served via electronic service on:

Myron Angstman
Paul Joseph Cossman

s/ John A. Fonstad

*Jones v U.S.*          2
3:16-cv-00022-SLG

Case 3:16-cv-00022-SLG   Document 17   Filed 12/20/16   Page 2 of 2