# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CLARA JONES, on behalf and as the Personal Representative of the ESTATE OF TY BROWN, Deceased<br><br>                Plaintiff,<br><br>                v.<br><br>UNITED STATES OF AMERICA<br><br>                Defendant. | Case No. 3:16-cv-00022-SLG |

## ORDER RE JOINT STIPULATION FOR DISMISSAL

Upon consideration of the parties' Joint Stipulation for Dismissal (Docket 17), the Court hereby APPROVES the stipulation.

This matter is DISMISSED with prejudice, each party to bear its own costs and attorney fees.

Dated this 28th day of December, 2017 at Anchorage, Alaska.

                                              */s/ Sharon L. Gleason*
                                              UNITED STATES DISTRICT JUDGE